In the
**UNITED STATES DISTRICT COURT**
for the **SOUTHERN DISTRICT OF INDIANA**,
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| LARRY L. HITE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CAUSE NO. 1:04-CV-1822-SEB-VSS |
| | ) |
| JO ANNE B. BARNHART, Commissioner of | ) |
| Social Security, | ) |
| | ) |
| Defendant. | ) |

## J U D G M E N T

Having this day issued its Entry herein, the Court finds and concludes that the defendant Commissioner's decision denying the plaintiff's application for disability benefits is not supported by substantial evidence in the record and it is hereby **REVERSED**. The plaintiff's application for benefits is hereby **REMANDED** to the Commissioner for re-evaluation and reception of additional evidence consistent with the Court's Entry. This is a final judgment pursuant to the fourth sentence of 42 U.S.C. § 405(g).

SO ORDERED this __30th__ day of March, 2006.

                                                                  _____
                                                                  SARAH EVANS BARKER, JUDGE
                                                                  United States District Court
                                                                  Southern District of Indiana

Distribution:

James Matthew Dolenga
jimtheattorney@aol.com

Thomas E. Kieper
Assistant United States Attorney
tom.kieper@usdoj.gov